Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>JUAN A. CAMACHO GARCÍA<br><br>Peticionario | TA2025CE00569 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Civil núm.: EIVP202501426 - 1427<br><br>Sobre: Art. 133 Código Penal y Art. 59 Ley 246 |
|---|---|---|

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez la Jueza Trigo Ferraiuoli.

Trigo Ferraiuoli, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de octubre de 2025.

Examinada la petición de *certiorari* presentada el 6 de octubre de 2025, así como los documentos adjuntados a la misma, este Tribunal determina que procede abstenernos de ejercer nuestra jurisdicción revisora, por lo que se deniega la expedición del auto de *certiorari*[1].

**Notifíquese inmediatamente.**

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] *Véase*, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.